UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O. ROBINSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BELL, et al.,<br><br>　　　　　　Defendants. | CV F- 06-924 AWI DLB P<br><br>ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SANCTION OF DISMISSAL, OR IN THE ALTERNATIVE, TO COMPEL PLAINTIFF'S DEPOSITION APPEARANCE<br><br>[Doc. 22] |

　　　　Plaintiff is a former state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.

　　　　Plaintiff filed this action on July 19, 2006.  Defendants Bell and Patterson ("Defendants") filed an answer to the complaint on August 15, 2007.  On March 27, 2008, defendants filed a motion for sanction of dismissal, or in the alternative, a motion to compel the plaintiff's deposition appearance, and to extend the discovery deadline.  (Doc. 22).  In their motion, defendants contend that plaintiff failed to appear for his properly noticed deposition on March 20, 2008 and has failed to contact defense counsel.  Defendants request an order dismissing the action under Fed. R. Civ. P. 37(d).  In the alternative, defendants request an order compelling the plaintiff to attend at his deposition, at a date to be specified by the court, and that the court extend the discovery cut-off date.

1    Plaintiff is HEREBY ORDERED to file a response to defendants' motion within 10 days of
2 this order.
3    IT IS SO ORDERED.
4    **Dated:  April 1, 2008**              **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE